



**EXHIBIT 2**