

Settings



← **Post**

Rob Bonta
@RobBonta

"The plastics industry has spent decades selling and marketing single-use products while falsely promising that we can recycle our way out of the problem...California Attorney General Rob Bonta is now suing ExxonMobil... for its role in deceiving the public"

Opinion: California Exxon lawsuit is exposing the truth about plastics and what we can...

From sandiegouniontribune.com

2:39 AM · Oct 25, 2024 · **18.8K** Views

53          ⟲ 20          ♡ 25          🔖 3          ↥

EXHIBIT
5