

In case you missed it,  **Attorney General Rob Bonta is suing petrochemical giant ExxonMobil.**

**EXHIBIT 6**



**The New York Times** ✓
@nytimes

The attorney general of California, Rob Bonta, sued Exxon Mobil on Monday alleging that the oil giant carried out a "decades-long campaign of deception" that overhyped the promise of recycling and spawned a plastic pollution crisis. nyti.ms/3XzhG8p



This landmark lawsuit by the state of California seeks to hold one of the world's largest polluters accountable for decades of lies and deception that created and exacerbated the global plastics crisis.

**Stand with Rob in holding ExxonMobil accountable: add your name to support this historic lawsuit today →**

ExxonMobil, the largest promoter and producer of polymers used to create single-use plastics that become waste in California, spent years convincing the public that recycling makes plastic, including single-use plastic, sustainable. *It doesn't.*

**The truth is that only 5 percent of U.S. plastic waste is recycled. The rest ends up in our environment, our waterways and oceans, our wildlife, and even our own bodies.**

*Exxon Mobil knew, and Exxon Mobil lied.* So as California's top law enforcement officer and consumer advocate, Rob is doing something about it.

The AG announced this lawsuit yesterday alongside Lou Diamond Phillips at Climate Week NYC, as a coalition of environmental groups filed their own lawsuit against ExxonMobil.

**[Let Rob know you have his back and show the public support for this critical step to hold big polluters like ExxonMobil accountable: add your name now!](#)**

**[Add Your Name »](#)**

Thanks for standing with us,

Bonta HQ

---

**[Donate »](#)**

This email was sent to. Email is a critical way we communicate with grassroots supporters like you. However, if you would like to change your subscription preferences, here are some options:

- **[Receive Fewer Emails](#)**
- **[Update Your Information](#)**
- **[Unsubscribe](#)**

To give by check:
Rob Bonta for Attorney General 2026
c/o Deane & Company

<mark>1700 Tribute Road, Suite 201
Sacramento, CA 95815</mark>

Email us: info@robbonta.com

**PAID FOR BY ROB BONTA FOR CALIFORNIA ATTORNEY GENERAL 2026 FPPC ID #145642**

++++++++++++++++++++++++++++++ This message may contain confidential information and is intended only for the individual named. If you are not the named addressee do not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of email transmission. American Chemistry Council, 700 – 2nd Street NE, Washington, DC 20002, www.americanchemistry.com