EDTX UAET (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

ExxonMobil Corporation
Plaintiff

v.                                                          Civ. No. 1:25-cv-00011

Robert Bonta, et al.
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Surfrider Foundation

Date Party's answer was previously due: 4/21/2025

Date Party's answer is now due (must not exceed 45 days after original due date): 4/25/2025

Date: March 12, 2025          /s/ Peter D. Kennedy
                              Full Name: Peter Drew Kennedy
                              State Bar No.: 11296550
                              Address: 410 Congress Avenue, Suite 2700
                                       Austin, Texas 78701

                              Phone: (512) 480-5764
                              Fax:   (512) 536-9908
                              Email: pkennedy@gdhm.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)

## CERTIFICATE OF SERVICE

On March 12, 2025, I used the electronic case filing system of the court to serve the foregoing document upon all parties who have registered for electronic service. The foregoing document will be served today by email on all parties who have not registered for electronic service.

/s/ Peter D. Kennedy
Peter D. Kennedy