IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EXXONMOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:25-cv-00011-MJT |
| | § | |
| ROBERT ANDRES BONTA, A.K.A. | § | |
| ROB BONTA, IN HIS INDIVIDUAL | § | |
| CAPACITY; SIERRA CLUB, INC.; | § | |
| SURFRIDER FOUNDATION, INC.; | § | |
| HEAL THE BAY, INC.; BAYKEEPER, INC.; | § | |
| AND INTERGENERATIONAL | § | |
| ENVIRONMENT JUSTICE FUND LTD., | § | |
| | § | |
| Defendants, | § | |

**DEFENDANT SURFRIDER FOUNDATION'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Surfrider Foundation discloses that it is a 501(c)(3) nonprofit organization that does not have a parent company and does not issue stock.  Surfrider Foundation is a citizen of, and headquartered in, California.

Respectfully submitted,

By: */s/James A. Hemphill*
  Peter D. Kennedy
  Texas Bar No. 11296650
  pkennedy@gdhm.com
  James A. Hemphill
  Texas Bar No. 00787674
  jhemphill@gdhm.com
  Graves, Dougherty, Hearon & Moody, P.C.
  401 Congress Avenue, Suite 2700
  Austin, Texas 78701
  (512) 480-5764
  (512) 480-9908 (Fax)

  **ATTORNEYS FOR DEFENDANT**
  **SURFRIDER FOUNDATION**

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael Patrick Cash
Wade Thomas Howard
Liskow & Lewis PLC - Houston
First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002
**Attorneys for Plaintiff**
**Exxon Mobil Corporation**

Robert William Setrakian
California Attorney General's Office
300 S. Spring Street
Los Angeles, CA 90027
**Attorneys for Defendant Robert Andres Bonta**

Scott E. Gant
Boies Schiller Flexner LLP
1401 New York Ave NW
Washington, DC 20005
**Attorneys for Defendant Sierra Club, Inc.**

Deborah Greenleaf
Tribble & Ross
6371 Richmond Ave
Houston, TX 77057
**Attorneys for Heal the Bay, Inc.**

Michael Forest Nelson
John Holman Barr
Burt Barr & Associates
PO Box 223667
Dallas, TX 75222-3667
**Attorneys for Defendant Baykeeper, Inc.**

　　　　　　　　　　　　　　　　　　　　*/s/James A. Hemphill*
　　　　　　　　　　　　　　　　　　　　James A. Hemphill