1   ROB BONTA, CA State Bar No. 202668
Attorney General of California
2   R. MATTHEW WISE, CA State Bar No. 238485
Supervising Deputy Attorney General
3   WILL SETRAKIAN, CA State Bar No. 335045
Deputy Attorney General
4     300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
5   Telephone:  (213) 269-6668
E-mail:  William.Setrakian@doj.ca.gov
6   *Attorneys for Attorney General Rob Bonta*

8   IN THE UNITED STATES DISTRICT COURT

9   FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **EXXON MOBIL CORPORATION,** | Case No. 1:25-cv-11-MJT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT ATTORNEY GENERAL ROB BONTA'S MOTION TO DISMISS** |
| v. | |
| **ROBERT ANDRES BONTA A.K.A. ROB BONTA, IN HIS INDIVIDUAL CAPACITY, ET AL.,** | |
| Defendants. | |

Having considered the Parties' argument, the Court GRANTS Attorney General Bonta's

Motion to Dismiss without leave to amend.

Dated: _____          _____

Hon. Michael Truncale

1