1    ROB BONTA, CA State Bar No. 202668
     Attorney General of California
2    R. MATTHEW WISE, CA State Bar No. 238485
     Supervising Deputy Attorney General
3    WILL SETRAKIAN, CA State Bar No. 335045
     Deputy Attorney General
4     300 South Spring Street, Suite 1702
     Los Angeles, CA 90013-1230
5     Telephone:  (213) 269-6668
     E-mail:  William.Setrakian@doj.ca.gov
6    *Attorneys for Attorney General Rob Bonta*

7

8            IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF TEXAS

10

| | |
|---|---|
| 11 **EXXON MOBIL CORPORATION,** | 1:25-cv-11-MJT |
| 12           Plaintiff, | **DECLARATION OF ROBERT WILLIAM SETRAKIAN IN SUPPORT OF DEFENDANT ATTORNEY GENERAL ROB BONTA'S MOTION TO DISMISS** |
| 13     **v.** | |
| 14 | |
| 15 **ROBERT ANDRES BONTA A.K.A. ROB BONTA, IN HIS INDIVIDUAL CAPACITY, ET AL.,** | Judge:       Hon. Michael Truncale  Action Filed:  January 6, 2025 |
| 16 | |
| 17          Defendants. | |

18

19      I, Robert William Setrakian, declare:

20     1. I am a member of the California State Bar, a Deputy Attorney General for the State of California, and counsel for Defendant Attorney General Rob Bonta in this case.

21

22     2. Attached as Exhibit A is a true and correct copy of the Complaint in *People of the State of California ex rel. Rob Bonta, Attorney General of California v. ExxonMobil Corporation*, Case No. CGC-24-618323, filed in San Francisco Superior Court on September 23, 2024.  A request for judicial notice is being filed alongside this declaration.

23

24

25

26     3. Attached as Exhibit B are two screenshots of Attorney General Bonta's social media pages, one of the @RobBonta X account, and the other of the RobBonta Instagram account.  I took these screenshots on January 30, 2025 and verified that their contents had not changed on April 23,

27

28

1

1    2025.  They come from the following links:  https://x.com/RobBonta;

2    https://www.instagram.com/robbonta/?hl=en.  A request for judicial notice is being filed

3    alongside this declaration.

4        I declare under penalty of perjury that the above statements are true and correct.  Executed

5    this 24th day of April, 2025 in Los Angeles, California.

6                                              */s/ Robert William Setrakian*

7                                              Robert William Setrakian

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Robert William Setrakian in Support of Defendant Attorney General Rob Bonta's Motion to Dismiss
(1:25-cv-11-MJT)