# EXHIBIT B

X:



Instagram:

