1  ROB BONTA, CA State Bar No. 202668
   Attorney General of California
2  R. MATTHEW WISE, CA State Bar No. 238485
   Supervising Deputy Attorney General
3  WILL SETRAKIAN, CA State Bar No. 335045
   Deputy Attorney General
4   300 South Spring Street, Suite 1702
    Los Angeles, CA 90013-1230
5   Telephone: (213) 269-6668
    E-mail: William.Setrakian@doj.ca.gov
6  *Attorneys for Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **EXXON MOBIL CORPORATION,** | 1:25-cv-11 |
| Plaintiff, | **AFFIDAVIT OF LAUREN BLANCHARD IN SUPPORT OF DEFENDANT ATTORNEY GENERAL ROB BONTA'S MOTION TO DISMISS** |
| v. | |
| **ROBERT ANDRES BONTA A.K.A. ROB BONTA, IN HIS INDIVIDUAL CAPACITY, ET AL.,** | Judge:   Hon. Michael Truncale<br>Action Filed:  1/06/2025 |
| Defendants. | |

I, Lauren Blanchard, do affirm as follows:

1. I am currently the Scheduling Director at California's Department of Justice. I have held this role since May 1, 2024. In this role, I am aware of Attorney General Bonta's travel schedule. To the extent I was not already aware of Attorney General Bonta's travel schedule on a given date in the below declaration, I investigated it by consulting the electronic copy of Attorney General Bonta's schedule that my office maintains. This schedule shows Attorney General Bonta's location on a given date. I rely on this database in the ordinary course of business.

2. Exhibit 1 to the Complaint is the transcript from an October 7, 2024 conversation between Attorney General Bonta and Valerie Volcovici of Reuters. This event was part of Reuters' Sustainability Summit 2024, which took place in New York, NY.

1

3. Exhibit 2 to the Complaint is a social-media post dated October 7, 2024. On that date, Attorney General Bonta was in New York, NY, and later flew nonstop to San Francisco, CA.

4. Exhibit 3 to the Complaint is a social-media post dated October 7, 2024. On that date, Attorney General Bonta was in New York, NY, and later flew nonstop to San Francisco, CA.

5. Exhibit 4 to the Complaint is a social-media post dated September 24, 2024. On that date, Attorney General Bonta was in New York, NY.

6. Exhibit 5 to the Complaint is a social-media post dated October 25, 2024. On that date, Attorney General Bonta was in London, UK.

7. Exhibit 6 to the Complaint is an email sent by "Rob Bonta for Attorney General 2026" on September 24, 2024. On that date, Attorney General Bonta was in New York, NY.

8. Footnote 18 to the Complaint cites a YouTube video posted on California's Department of Justice's website on September 23, 2024. On that date, Attorney General Bonta was in New York, NY.

9. Footnote 34 to the Complaint cites a video of an interview with CBS's local Los Angeles affiliate. The web page lists the interview date as September 16, 2023. On that date, Attorney General Bonta was in Cambria, CA.

10. Footnote 34 to the Complaint cites a video of an interview with Reuters dated September 23, 2024. The video takes place in New York, NY.

11. Footnote 34 to the Complaint cites a video of an interview with Reuters dated October 7, 2024. The video takes place in New York, NY.

12. Footnote 40 to the Complaint cites a video of an interview with Squawk Box, a CNBC program. The video takes place in New York, NY.

I declare under penalty of perjury that the foregoing is true.

*/s/ Lauren Blanchard*

Lauren Blanchard

2

Affidavit of Lauren Blanchard in Support of Defendant Attorney General Rob Bonta's Motion to Dismiss (1:25-cv-11)