1 | ROB BONTA, CA State Bar No. 202668
Attorney General of California
2 | R. MATTHEW WISE, CA State Bar No. 238485
Supervising Deputy Attorney General
3 | WILL SETRAKIAN, CA State Bar No. 335045
Deputy Attorney General
4 |   300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
5 | Telephone:  (213) 269-6668
  E-mail:  William.Setrakian@doj.ca.gov
6 | *Attorneys for Attorney General Rob Bonta*

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF TEXAS

10

11

**EXXON MOBIL CORPORATION,**

Plaintiff,

v.

**ROBERT ANDRES BONTA A.K.A. ROB BONTA, IN HIS INDIVIDUAL CAPACITY, ET AL.,**

Defendants.

Case No. 1:25-cv-11-MJT

**[PROPOSED] ORDER GRANTING DEFENDANT ATTORNEY GENERAL ROB BONTA'S MOTION TO DISMISS**

Having considered the Parties' argument, the Court GRANTS Attorney General Bonta's Motion to Dismiss without leave to amend.