UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **EXXON MOBIL CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **ROBERT ANDRES BONTA A.K.A.** | § | |
| **ROB BONTA, IN HIS INDIVIDUAL** | § | Case No. 1:25-cv-00011-MJT |
| **CAPACITY; SIERRA CLUB, INC.;** | § | |
| **SURFRIDER FOUNDATION, INC.;** | § | |
| **HEAL THE BAY, INC.; BAYKEEPER,** | § | |
| **INC.; AND INTERGENERATIONAL** | § | |
| **ENVIRONMENT JUSTICE FUND LTD.** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is the Joint Motion to Transfer filed by Defendants Sierra Club, Inc., Surfrider Foundation, Inc., Heal the Bay, Inc. and Baykeeper, requesting to transfer this case to the U.S. District Court for the Northern District of California ("Joint Motion to Transfer"). Having reviewed the Joint Motion to Transfer and related briefing, the Court finds that the Joint Motion to Transfer should be granted.

Therefore, **IT IS ORDERED** that that this case shall be **TRANSFERRED** to the United States District Court for the Northern District of California.

**IT IS FURTHER ORDERED** that the Clerk shall mail a copy of this Order of Transfer to the Clerk of the Court for the United States District Court for the Northern District of California.