# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **EXXON MOBIL CORPORATION** | § § § § | |
| **V.** | § § § | **CASE NO. 1:25-cv-00011-MJT** |
| **ROBERT ANDRES BONTA A.K.A ROB BONTA, IN HIS INDIVIDUAL CAPACITY; SIERRA CLUB, INC.; SURFRIDER FOUNDATION, INC.; HEAL THE BAY, INC.; BAYKEEPER, INC.; AND INTERGERATIONAL ENVIRONMENT JUSTICE FUND LTD.** | § § § § § § § § | |

## PROPOSED ORDER ON DEFENDANT HEAL THE BAY, INC.'S 12(b)(2), (3), AND (6) MOTION TO DISMISS

After considering Defendant Heal the Bay, Inc.'s 12(b)(2), (3), and (6) Motion to Dismiss, and the response, the Court GRANTS Heal the Bay, Inc.'s 12(b)(2) and (3) Motion to Dismiss.

SIGNED on _____, 2025.

_____
Hon. Michael Truncale