IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| EXXONMOBIL CORPORATION, § § | |
| Plaintiff, § § | |
| v. § § | Case No. 1:25-cv-00011 |
| ROBERT ANDRES BONTA, A.K.A. § ROB BONTA, IN HIS INDIVIDUAL § CAPACITY; SIERRA CLUB, INC.; § SURFRIDER FOUNDATION; § HEAL THE BAY, INC.; BAYKEEPER, INC.; § AND INTERGENERATIONAL § ENVIRONMENT JUSTICE FUND LTD., § § | |
| Defendants. § | |

## ORDER

Came before the Court the Motion to Dismiss for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6), of Defendant Surfrider Foundation. After consideration of the pleadings, authorities, and argument of counsel, the Court finds that the motion should be granted.

It is therefore ORDERED that the claims of Plaintiff ExxonMobil Corporation against Defendant Surfrider Foundation are DISMISSED WITHOUT PREJUDICE.

4762645.v1