# EXHIBIT 2

DECLARATION M. FOREST NELSON

I, M. Forest Nelson, declare, under penalty of perjury, the following:

I am legal counsel for defendant Baykeeper, Inc. in this action. I am in good standing with the State Bar of Texas. I am over the age of 18 and competent to make this declaration.

Exhibit 3 to Baykeeper, Inc.'s motion to dismiss filed in this action is a true and correct copy of the file-stamped Original Complaint filed in Case No. CGC-24-618321, with the Superior Court of the State of California County of San Francisco, styled *Sierra Club, Inc. et al. v. ExxonMobil Corporation*. The Original Complaint was electronically filed on September 23, 2024.

Exhibit 4 to Baykeeper, Inc.'s motion to dismiss filed in this action is a true and correct copy of the Motion to Dismiss filed by ExxonMobil Corporation in Case No. 3:24-cv-07288-RS, with the United States District Court for the Northern District of California, styled *Sierra Club, Inc., et al. v ExxonMobil Corporation*. The Motion to Dismiss was filed on March 27, 2025.

Case No. CGC-24-618321 was removed to the United District Court for the Northern District of California and given Case No. 3:24-cv-07288-RS.

Baykeeper, Inc. is requesting the Court to take judicial notice of these filings under Federal Rule of Evidence 201. Exhibit 3 and Exhibit 4 are matters of public record.

I declare under penalty of perjury that the above statements are true and correct. Executed on April 25, 2025, in Dallas, Texas.

M. Forest Nelson