IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
|     Plaintiff | § | Case No. 1:25-cv-00011-MJT |
| | § | |
| v. | § | |
| | § | |
| ROBERT ANDRES BONTA A.K.A. | § | |
| ROB BONTA, IN HIS INDIVIDUAL | § | |
| CAPACITY; SIERRA CLUB, INC.; | § | |
| SURFRIDER FOUNDATION, INC.; | § | |
| HEAL THE BAY, INC.; BAYKEEPER, | § | |
| INC.; AND INTERGENERATIONAL | § | |
| ENVIRONMENT JUSTICE FUND LTD. | § | |

## ORDER AND OPINION

Before the Court is Defendant Baykeeper, Inc.'s Rule 12(b)(2), (3), (6) Motion to Dismiss (Dkt. ?). Having reviewed the briefing, the record, and the applicable law, I **GRANT** the motion.

The Court finds that it lacks personal jurisdiction over Baykeeper, Inc. Baykeeper, Inc.'s motion for dismissal under Rule 12(b)(2) is **GRANTED**. Accordingly, **IT IS ORDERED** that ExxonMobil Corporation's claims against Baykeeper, Inc. are dismissed without prejudice for lack of personal jurisdiction.

The Court further finds that the Eastern District of Texas is an improper venue for ExxonMobil Corporation's claims against Baykeeper, Inc. Baykeeper, Inc.'s motion for dismissal under Rule 12(b)(3) is **GRANTED**. **IT IS FURTHER ORDERED** that ExxonMobil Corporation's claims against Baykeeper, Inc. are dismissed without prejudice for improper venue.

The Court also finds that ExxonMobil Corporation failed to state any claims against Baykeeper, Inc. upon which relief can be granted. Baykeeper Inc.'s motion for dismissal under Rule 12(b)(6) is **GRANTED**. **IT IS FURTHER ORDERED** that ExxonMobil Corporation's claims

against Baykeeper, Inc. are dismissed with prejudice.

**IT IS FURTHER ORDERED** that all costs incurred as between ExxonMobil Corporation and Baykeeper, Inc. shall be paid by ExxonMobil Corporation.