LAW OFFICES OF
**BURT BARR & ASSOCIATES, L.L.P.**
P.O. BOX 223667
DALLAS, TEXAS 75222-3667
(214) 943-0012
FAX (214) 943-0048

April 28, 2025

**VIA E-FILE:**

RE: *Exxon Mobil Corporation v. Robert Andres Bonta a/k/a Rob Bonta, in his Individual Capacity, Sierra Club Inc., et al., in the United States District Court;* Case No.: 1:25-cv-00011

**VACATION LETTER**

Dear:

Please allow this letter to serve as notice of my vacation designation for the following days:

**June 17, 2025- July 31, 2025**

I respectfully request that there are no hearings, trials, or other matters scheduled during the above dates. By copy of this letter, I am notifying all counsel of record of this vacation schedule and request that they refrain from noticing and/or scheduling any depositions, hearings, meetings, or trials that would require a responsive pleading and/or attendance during this time regarding the above referenced matter.

Respectfully submitted,

Michael Forest Nelson,
Attorney at Law

MFN: pl

Cc:   -**Via E-File**