IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| ROBERT ANDRES BONTA A.K.A. ROB BONTA, IN HIS INDIVIDUAL CAPACITY; SIERRA CLUB, INC.; SURFRIDER FOUNDATION, INC.; HEAL THE BAY, INC.; BAYKEEPER, INC.; AND INTERGENERATIONAL ENVIRONMENT JUSTICE FUND LTD., | § § § § § § § § § | CIVIL ACTION NO. 1:25-CV-00011 JUDGE MICHAEL J. TRUNCALE |
| *Defendants*. | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTIONS TO INTERVENE

Before the Court is Defendants Robert Andres Bonta, Sierra Club, Inc., Surfrider Foundation, Inc., Heal the Bay, Inc., Baykeeper, Inc., and Intergenerational Environment Justice Fund Ltd. ("Defendants")' Unopposed Motion to Extend Time to Respond to Motions to Intervene. [Dkt. 57]. Defendants seek an extension of time to file their responses to the City of Baytown's Opposed Motion to Intervene [Dkt. 39] and City of Beaumont's Opposed Motion to Intervene [Dkt. 54]. Currently, Defendants' deadline to file their responses to City of Baytown's motion is May 6, 2025, and their deadline to file responses to City of Beaumont's motion is May 15, 2025. Defendants request an extension of their response deadlines to May 19, 2025, to facilitate a combined response to the pending intervention motions. After considering the unopposed motion and reviewing the pleadings on file the Court **GRANTS** the same.

It is therefore **ORDERED** that Defendants' Unopposed Motion to Extend Time to Respond to Motions to Intervene [Dkt. 57] is hereby **GRANTED**. Defendants' deadline to file their responses to City of Baytown and City of Beaumont's motions is now **May 19, 2025**.

**SIGNED this 5th day of May, 2025.**

Michael J. Truncale
United States District Judge