ROB BONTA, CA State Bar No. 202668
Attorney General of California
R. MATTHEW WISE, CA State Bar No. 238485
Supervising Deputy Attorney General
WILL SETRAKIAN, CA State Bar No. 335045
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6668
 E-mail: William.Setrakian@doj.ca.gov
*Attorneys for Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT ANDRES BONTA A.K.A. ROB BONTA, IN HIS INDIVIDUAL CAPACITY, ET AL.,<br><br>　　　　　　　　　Defendants. | Case No. 1:25-cv-00011-MJT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ATTORNEY GENERAL ROB BONTA'S MOTION TO STAY DISCOVERY AND DISCLOSURES AND TO SHORTEN RESPONSE TIME** |

　　　Having considered the Parties' argument, the Court GRANTS Attorney General Bonta's Motion to Stay Discovery and Disclosures and to Shorten Response Time.

1

[Proposed] Order Granting Defendant Attorney General Rob Bonta's Motion to Stay Discovery and Disclosures and to Shorten Response Time (1:25-cv-00011-MJT)