IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | |
| ROBERT ANDRES BONTA A.K.A. ROB § | CIVIL ACTION NO. 1:25-CV-00011 |
| BONTA, IN HIS INDIVIDUAL CAPACITY; § | JUDGE MICHAEL J. TRUNCALE |
| SIERRA CLUB, INC.; SURFRIDER § | |
| FOUNDATION, INC.; HEAL THE BAY, INC.; § | |
| BAYKEEPER, INC.; AND § | |
| INTERGENERATIONAL ENVIRONMENT § | |
| JUSTICE FUND LTD. § | |
| § | |
| *Defendants.* § | |

**ORDER GRANTING DEFENDANT ATTORNEY GENERAL ROB BONTA'S UNOPPOSED MOTION TO SHORTEN RESPONSE TIME**

The Court has received Defendant Attorney General Rob Bonta ("Bonta")'s Opposed Motion to Stay Discovery and Disclosures and Unopposed Motion to Shorten Response Time. [Dkt. 61]. Bonta has asserted several immunity defenses to the Complaint and has requested a stay of the discovery and disclosures until the Court considers those defenses. Bonta files the present motion seeking to shorten the response time for Plaintiff to respond to Bonta's immunity defenses and the stay issue. Therefore, after considering Bonta's unopposed motion, the Court grants the same.

It is therefore **ORDERED** that Bonta's Unopposed Motion to Shorten Response Time is hereby **GRANTED**.[1]  Plaintiff's response is now due on **May 12, 2025**.

**SIGNED this 9th day of May, 2025.**

Michael J. Truncale
United States District Judge

---

[1] The Parties should note that once the Court has received all briefing regarding Bonta's immunity defenses and the stay issue, the Court will rule on the remaining portion of Bonta's motion. [Dkt. 61].