IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | |
| § | | |
| ROBERT ANDRES BONTA A.K.A. ROB § | CIVIL ACTION NO. 1:25-CV-00011 | |
| BONTA, IN HIS INDIVIDUAL CAPACITY; § | JUDGE MICHAEL J. TRUNCALE | |
| SIERRA CLUB, INC.; SURFRIDER § | | |
| FOUNDATION, INC.; HEAL THE BAY, INC.; § | | |
| BAYKEEPER, INC.; AND § | | |
| INTERGENERATIONAL ENVIRONMENT § | | |
| JUSTICE FUND LTD. § | | |
| § | | |
| *Defendants*. § | | |

**ORDER GRANTING UNOPPOSED JOINT MOTION OF DEFENDANTS AND
PROPOSED INTERVENORS FOR EXTENSION OF TIME**

Before the Court is Defendants Robert Andres Bonta a/k/a Rob Bonta, Sierra Club, Inc., Surfrider Foundation, Heal the Bay, Inc., Baykeeper, Inc., and Intergenerational Environment Justice Fund (collectively, "Defendants") and Proposed Intervenors City of Baytown, City of Beaumont, City of Mont Belvieu, Texas, and Chambers County, Texas (collectively, "Intervenors")'s Motion for Extension of Time. [Dkt. 71]. Defendants and Intervenors file the present motion seeking extensions of time to complete briefing on Intervenors' motions to intervene. [Dkts. 39, 54, 62, and 63]. After considering Defendants and Intervenors' unopposed joint motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Defendants and Intervenors' Joint Motion for Extension of Time [Dkt. 71] is hereby **GRANTED** and the following deadlines shall apply:

1. Defendants' deadline to respond to all pending motions to intervene is now **June 16, 2025**; and

2. Intervenors' deadline to reply in support of their motions to intervene is now **June 30, 2025**.

**SIGNED this 19th day of May, 2025.**

_____
Michael J. Truncale
United States District Judge