IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| ROBERT ANDRES BONTA A.K.A. | § | CIVIL ACTION NO. 1:25-CV-00011 |
| ROB BONTA, IN HIS INDIVIDUAL | § | JUDGE MICHAEL J. TRUNCALE |
| CAPACITY; SIERRA CLUB, INC.; | § | |
| SURFRIDER FOUNDATION, INC.; | § | |
| HEAL THE BAY, INC.; BAYKEEPER, | § | |
| INC.; AND INTERGENERATIONAL | § | |
| ENVIRONMENT JUSTICE FUND LTD. | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING IN PART DEFENDANT INTERGENERATIONAL ENVIRONMENT JUSTICE FUND LTD.'S OPPOSED MOTION TO STAY DISCOVERY AND TO SHORTEN RESPONSE TIME OR TEMPORARILY ADJOURN DEADLINE FOR INITIAL DISCLOSURES**

Before the Court is Defendant Intergenerational Environment Justice Fund Ltd. (hereinafter the "Justice Fund")'s Opposed Motion to Stay Discovery and to Shorten Response Time or Temporarily Adjourn Deadline for Initial Disclosures. [Dkt. 68]. On April 25, 2025, the Justice Fund filed its Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim in this matter. [Dkt. 51]. On May 13, 2025, the Justice Fund filed the present motion seeking to stay discovery pending the Court's resolution of its motion to dismiss. [Dkt. 68]. Additionally, Justice Fund seeks to shorten Plaintiff's time to respond to the motion to stay or temporarily adjourn the deadline for Initial Disclosures. *Id.* After considering the Justice Fund's opposed motion and reviewing the pleadings on file and all applicable law, the Court grants the same in part.

It is therefore **ORDERED** that Defendant Intergenerational Environment Justice Fund Ltd.'s Opposed Motion to Stay Discovery and to Shorten Response Time or Temporarily Adjourn Deadline for Initial Disclosures [Dkt. 68] is hereby **GRANTED IN PART**.[1] Plaintiff's substantive response to the Justice Fund's motion to stay discovery [Dkt. 68] is now due on **May 23, 2025**.

                         **SIGNED this 20th day of May, 2025.**

*[signature: Michael J. Truncale]*

Michael J. Truncale
United States District Judge

---

[1] The Court is only ruling on the Justice Fund's Motion to Shorten Response Time. The Court's Order on the Motion to Stay Discovery will be forthcoming upon Plaintiff's response. If the Court denies the motion to stay discovery, it will lengthen the Initial Disclosures deadline to accommodate for the delay in deciding whether to stay discovery.