IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| ROBERT ANDRES BONTA A.K.A. | § | CIVIL ACTION NO. 1:25-CV-00011 |
| ROB BONTA, IN HIS INDIVIDUAL | § | JUDGE MICHAEL J. TRUNCALE |
| CAPACITY; SIERRA CLUB, INC.; | § | |
| SURFRIDER FOUNDATION, INC.; | § | |
| HEAL THE BAY, INC.; BAYKEEPER, | § | |
| INC.; AND INTERGENERATIONAL | § | |
| ENVIRONMENT JUSTICE FUND LTD., | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF HEARING

PLEASE BE ADVISED AND TAKE NOTICE that Defendants Sierra Club, Surfrider Foundation, Inc., Heal the Bay, Inc., and Baykeeper, Inc.'s Joint Motion to Transfer to the Northern District of California [Dkt. 46] is set for oral hearing before this Honorable Court on **July 10, 2025 at 10:00 a.m. in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas.**

All Parties are **ORDERED** to attend in person.

**SIGNED this 10th day of June, 2025.**

_____
Michael J. Truncale
United States District Judge