UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ROBERT ANDRES BONTA A.K.A. § <br> ROB BONTA, IN HIS INDIVIDUAL § <br> CAPACITY; SIERRA CLUB, INC.; § <br> SURFRIDER FOUNDATION, INC.; § <br> HEAL THE BAY, INC.; BAYKEEPER, § <br> INC.; AND INTERGENERATIONAL § <br> ENVIRONMENT JUSTICE FUND LTD. § <br> § <br> Defendants. § | Case No. 1:25-cv-00011-MJT |

# **ORDER**

Before the Court is Plaintiff Exxon Mobil Corporation's Motion to Continue Oral Hearing (Doc. 111) seeking to cancel the hearing scheduled before this Court on July 10, 2025. Having reviewed the Motion and related briefing, the Court finds that the Motion should be denied.

Therefore, **IT IS ORDERED** that Exxon Mobil Corporation's Motion to Continue Oral Hearing is hereby denied.