# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

DIVISION: BEAUMONT                                                    §          DATE:  08/20/2025
                                                                     §
DISTRICT JUDGE: MICHAEL J. TRUNCALE                                  §          COURT REPORTER: Ed Reed
                                                                     §
**EXXON MOBIL CORPORATION**                                          §          CIVIL NO.:  1:25CV11
*Plaintiff*                                                          §
                                                                     §          C/R DEPUTY: Kimberly Race
                                                                     §
**CITY OF BAYTOWN, TEXAS**                                           §
**CITY OF BEAUMONT, TEXAS**                                          §
**CHAMBERS COUNTY, TEXAS**                                           §
**CITY OF MONT BELVIEU**                                             §
*Intervenor Plaintiffs*                                              §
                                                                     §
**ROBERT ANDRES BONTA**                                              §
**SIERRA CLUB, INC.**                                                §
**SURFRIDER FOUNDATION, INC.**                                       §
**HEAL THE BAY, INC.**                                               §
**BAYKEEPER, INC.**                                                  §
**INTERGENERATIONAL ENVIRONMENTAL**                                  §
   **JUSTICE FUND LTD.**                               §
*Defendants*

Begin:  10:23 AM, 1:24 PM,
Adjourn: 11:55 AM,  4:32 PM
Total Time in Court:  4 Hours 40 Minutes

Attorneys for Plaintiff:  <u>Michael Cash</u>
Attorneys for Intervenor Plaintiffs:  <u>Travis Barton, Kathryn Gonski</u>
Attorneys for Defendants: <u>R. Matthew Wise, Robert Setrakian, Scott Gant, James Hemphill, Deborah Greenleaf, Forest Nelson, Bryan Terrell, John Barr, Matthew Craig, Joaquin Gonzalez, Tommy Yeates, Joshua Matz, Fallin Schwartz</u>
Law Clerk:  <u>Ann Kreuscher</u>

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:  **DEFENDANT MOTIONS TO TRANSFER VENUE & DISMISS [DOCS 44, 46, 47, 48, 49, 50, 51]**

<u>10:23   On the record.   Parties make announcements and state ready to proceed.</u>

<u>10:30   Defendants object to Mr. Barton's (Intervenor) presence in court, not permit him to argue in this matter since Intervenor motion has not been ruled on.   Court notes objection, issue resolved.</u>

<u>10:32   Court hears argument from parties as to Motion to Transfer to the Northern District of California [DOC 46].</u>

11:55   Court declares lunch recess.  All parties ordered to return at 1:15 p.m.

1:24    Back on the record.   All parties are present in courtroom.  Court hears argument from parties regarding personal jurisdiction.

3:15    Court declares afternoon recess.   All parties ordered to return in fifteen (15) minutes.

3:39    Back on the record.   All parties are present in courtroom.   Court hears rebuttal argument from counsel.

3:54    Court hears argument from counsel regarding immunity of Attorney General Bonta.

4:16    Defendants rest on their pleadings.

4:19    Plaintiff rests on their pleadings.

4:32    Court takes matters under advisement, will issue written order(s) in due time.  Court adjourned.


DAVID O'TOOLE, CLERK

/s/ Kimberly Race

Deputy Clerk