UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| ROBERT ANDRES BONTA A.K.A. ROB BONTA, IN HIS INDIVIDUAL CAPACITY; SIERRA CLUB, INC.; SURFRIDER FOUNDATION, INC.; HEAL THE BAY, INC.; BAYKEEPER, INC.; AND INTERGENERATIONAL ENVIRONMENT JUSTICE FUND LTD. | § § § § § § § § § | Case No. 1:25-cv-00011-MJT |
| Defendants. | § § | |

**PARTIES' JOINT NOTICE OF TRANSCRIPT ERRATA**

The parties greatly appreciate the Court Reporter's quickly compiling a transcript from the lengthy August 20, 2025 hearing. On reviewing the transcript, the parties identified some minor errors. The parties signing below[1] thus submit this joint filing to the Court requesting that it order the Court Reporter to make the changes to the transcript contained in Exhibit A.

---

[1] Counsel for Baykeeper and the Intergenerational Environmental Justice Fund identified no revisions to make to the transcript.

| Dated: September 12, 2025 | Respectfully submitted, |
|---|---|
| R<small>OB</small> B<small>ONTA</small><br>Attorney General of California<br>R. M<small>ATTHEW</small> W<small>ISE</small><br>Supervising Deputy Attorney General<br><br>/s Robert William Setrakian<br>Will Setrakian<br>Deputy Attorney General (CA SBN 335045), admitted *pro hac vice*<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013-1230<br>Telephone: (213) 269-6668<br>Fax: (916) 731-2125<br>E-mail: William.Setrakian@doj.ca.gov<br><br>*Attorneys for Attorney General Rob Bonta* | **LISKOW & LEWIS**<br><br>/s Michael P. Cash<br>Michael P. Cash<br>mcash@liskow.com<br>State Bar No.03965500<br>Federal Bar No. 5472<br>Wade T. Howard<br>wthoward@liskow.com<br>State Bar No. 00787725<br>Federal Bar No. 17514<br>First City Tower<br>1001 Fannin Street, Suite 1800<br>Houston, Texas 77002<br>713.651.2900 – Telephone<br>713.651.2908 – Facsimile<br><br>Kelly B. Becker, *pro hac vice*<br>kbbecker@liskow.com<br>Louisiana Bar No. 27375<br>Kathryn Zainey Gonski, *pro hac vice*<br>kzgonski@liskow.com<br>Louisiana Bar No. 33442<br>LISKOW & LEWIS<br>701 Poydras St., Ste 500<br>New Orleans, LA 70139<br>Telephone: 504-556-4005<br>Facsimile: 504-556-5108<br><br>*Attorneys for Plaintiff Exxon Mobil Corporation* |

| | |
|---|---|
| **TRIBBLE & ROSS** | **BOIES SCHILLER FLEXNER LLP** |
| /s Fallin Schwartz | /s Scott E. Gant |
| Deborah Greenleaf | Scott E. Gant (appearing pro hac vice) |
| S.B.N. 08402650 | D.C. Bar No. 455392 |
| dgreenleaf@tribblelawfirm.com | sgant@bsfllp.com |
| Fallin Schwartz | 1401 New York Avenue, NW |
| S.B.N. 24095622 | Washington, DC 20005 |
| fschwartz@TribbleLawFirm.com | Telephone: (202) 895-7566 |
| Monica Vaughn | Facsimile: (202) 237-6131 |
| S.B.N. 00794784 | |
| mvaughan@tribblelawfirm.com | *Attorney for Sierra Club* |
| 6371 Richmond Ave. | |
| Houston, TX 77057 | **GRAVES, DOUGHERTY,** |
| Telephone: (713) 622-0444 | **HEARON & MOODY, P.C.** |
| Facsimile: (713) 622-0555 | |
| | /s James A. Hemphill |
| *Attorneys For Heal The Bay, Inc.* | Peter D. Kennedy |
| | Texas Bar No. 11296650 |
| | pkennedy@gdhm.com |
| | James A. Hemphill |
| | Texas Bar No. 00787674 |
| | jhemphill@gdhm.com |
| | 401 Congress Avenue, Suite 2700 |
| | Austin, Texas 78701 |
| | Telephone: (512) 480-5764 |
| | Facsimile: (512) 536-9908 |
| | |
| | *Attorneys for Surfrider Foundation, Inc.* |