# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ROBERT ANDRES BONTA A.K.A. | § | Case No. 1:25-cv-00011-MJT |
| ROB BONTA, IN HIS INDIVIDUAL | § | |
| CAPACITY; SIERRA CLUB, INC.; | § | |
| SURFRIDER FOUNDATION, INC.; | § | |
| HEAL THE BAY, INC.; BAYKEEPER, | § | |
| INC.; AND INTERGENERATIONAL | § | |
| ENVIRONMENT JUSTICE FUND LTD. | § | |
| | § | |
| Defendants. | § | |

## PARTIES' JOINT NOTICE OF TRANSCRIPT ERRATA - EXIHIBIT A

Counsel for ExxonMobil:

| PAGE | LINE | CHANGE FROM | CHANGE TO |
|------|------|-------------|-----------|
| 50 | 24 | neither | either |
| 139 | 16 | tax | attacks |
| 141 | 10 | things | thanks |
| 144* | 18-25 | THE COURT: | MR. CASH: |
| 147 | 16 | announcements | analysis |
| 153 | 6 | oversees | overseas |
| 153 | 23 | we | he |
| 184 | 8 | bate | bait |

**\*Note: Everything after "- -" should be Mr. Cash speaking rather than the Court.**

Counsel for Attorney General Bonta:

| PAGE | LINE | CHANGE FROM | CHANGE TO |
|------|------|-------------|-----------|
| 75 | 16 | comment | comments |
| 77 | 11 | apart | are |
| 78 | 24 | an | in |
| 79 | 3 | that that case | but that case |
| 161 | 16 | personal jurisdiction.  Wherever | personal jurisdiction wherever |
| 172 | 24 | suit | suit's |
| 175 | 4 | community | immunity |
| 176 | 16 | conceitedly | concededly |
| 178 | 10 | an | and |
| 183 | 3 | desk | fisc |
| 185 | 21 | harbored a campaigning, | harbored a campaigning interest, |
| 186 | 23 | counsel's | counsels |
| 188 | 6 | form | forum |
| 188 | 13 | sincerely fraud | sincerely, Rob |
| 200 | 5 | response of | responsive |

Counsel for Surfrider:

| PAGE | LINE | CHANGE FROM | CHANGE TO |
|------|------|-------------|-----------|
| 80 | 14 | certified as | Surfrider's |
| 83 | 20 | certified | Surfrider |
| 84 | 7 | personally | (?) |
| 84 | 10 | held | haled |
| 85 | 11 | over | other |
| 165 | 20 | events | advanced |

Counsel for Sierra Club:

| PAGE | LINE | CHANGE FROM | CHANGE TO |
|------|------|-------------|-----------|
| 7 | 17 | tack | tackle |
| 7 | 22 | however | whatever |
| 11 | 17 | remain | were made |
| 16 | 20 | file | filed |
| 17 | 18 | business disparagement defamation | business disparagement, defamation |
| 22 | 18 | 124 | 24 |
| 27 | 8 | I | it |
| 28 | 12 | sufficient | insufficient |
| 33 | 22 | may | made |
| 35 | 20 | trial | try |
| 37 | 21 | a | eight |
| 42 | 1 | insignificant | significant |
| 63 | 3 | imputing | impugning |
| 63 | 5 | the intention | in tension |
| 66 | 15 | he | you |
| 103* | 7 | THE COURT: | MR. GANT: |
| 104 | 19 | aggravate | aggregate |
| 165 | 7 | protective | protected |
| 190 | 19 | we don't civically | we would |

**\*Note: everything after "this is my concern" should be Mr. Gant speaking, rather than the Court**

Counsel for Heal the Bay:

| PAGE | LINE | CHANGE FROM | CHANGE TO |
|------|------|-------------|-----------|
| 108 | 23 | Cyclys | Cyclyx |