UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| ROBERT ANDRES BONTA A.K.A. | § |
| ROB BONTA, IN HIS INDIVIDUAL | § Case No. 1:25-cv-00011-MJT |
| CAPACITY; SIERRA CLUB, INC.; | § |
| SURFRIDER FOUNDATION, INC.; | § |
| HEAL THE BAY, INC.; BAYKEEPER, | § |
| INC.; AND INTERGENERATIONAL | § |
| ENVIRONMENT JUSTICE FUND LTD. | § |
| | § |
| Defendants. | § |

**[PROPOSED] ORDER REGARDING PARTIES' JOINT NOTICE OF TRANSCRIPT ERRATA**

Having considered the parties' Joint Notice of Transcript Errata, the Court GRANTS the parties their requested relief. The Court Reporter is ORDERED to implement the edits to the transcript in Exhibit A to the parties' Joint Notice.