## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **EXXON MOBIL CORPORATION,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **ROBERT ANDRES BONTA A.K.A.** | § | |
| **ROB BONTA, IN HIS INDIVIDUAL** | § | Case No. 1:25-cv-00011-MJT |
| **CAPACITY; SIERRA CLUB, INC.;** | § | |
| **SURFRIDER FOUNDATION, INC.;** | § | |
| **HEAL THE BAY, INC.; BAYKEEPER,** | § | |
| **INC.; AND INTERGENERATIONAL** | § | |
| **ENVIRONMENT JUSTICE FUND LTD.** | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

Case Name: **Exxon Mobil v. Bonta**   No. **1:25-cv-00011-MJT**

I hereby certify that on September 12, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **PARTIES' JOINT NOTICE OF TRANSCRIPT ERRATA**
- **[PROPOSED] ORDER REGARDING PARTIES' JOINT NOTICE OF TRANSCRIPT ERRATA**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 12, 2025, at Los Angeles, California.

Dyan Serzo
Declarant

*D. Serzo*
Signature

SA2025300062
67932172.docx