1    ROB BONTA, State Bar No. 202668
      Attorney General of California
2    R. MATTHEW WISE, State Bar No. 238485
      Supervising Deputy Attorney General
3    WILL SETRAKIAN, State Bar No. 335045
      Deputy Attorney General
4      300 South Spring Street, Suite 1702
      Los Angeles, CA  90013-1230
5      Telephone:  (213) 269-6668
      E-mail:  William.Setrakian@doj.ca.gov
6    *Attorneys for Attorney General Rob Bonta*

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF TEXAS

10

11

12   | **EXXONMOBIL CORPORATION,** | 1:25-cv-00011-MJT |
     |---|---|
13   | Plaintiff, | **NOTICE OF INTERLOCUTORY APPEAL** |
14   | **CITY OF BAYTOWN, TEXAS; CITY OF BEAUMONT, TEXAS; CHAMBERS COUNTY, TEXAS; CITY OF MONT BELVIEU, TEXAS,** | Judge:        Hon. Michael J. Truncale |
15   | | Action Filed:   January 6, 2025 |
16   | |
17   | Plaintiff-Intervenors, |
18   | v. |
19   | **ROBERT ANDRES BONTA A.K.A. ROB BONTA, IN HIS INDIVIDUAL CAPACITY,** |
20   | |
21   | Defendant. |
22

23          Defendant Attorney General Rob Bonta hereby appeals this Court's Order of February 13,

24   2026 that, inter alia, denied Attorney General Bonta's Motion to Dismiss to the United States

25   Court of Appeals for the Fifth Circuit.  ECF No. 132.  This is an interlocutory appeal based upon

26   denial of Attorney General Bonta's claims of official and sovereign immunity.  *Heidi Grp., Inc. v.*

27   *Texas Health & Hum. Servs. Comm'n*, 138 F.4th 920, 928 (5th Cir. 2025) (explaining that the

28   Fifth Circuit has jurisdiction of an appeal concerning official immunity); *Whole Woman's Health*

                                        1

1  *v. Jackson*, 13 F.4th 434, 445 (5th Cir. 2021) (per curiam) (same, for sovereign immunity).  The

2  filing of this notice divests the Court of jurisdiction to proceed against Attorney General Bonta

3  until the appeal is resolved and jurisdiction is returned by mandate.  *Williams v. Brooks*, 996 F.2d

4  728, 729–30 & n.2 (5th Cir. 1993) (per curiam).

5

6  Dated:  February 18, 2026                    Respectfully submitted,

7                                               ROB BONTA
                                                 Attorney General of California
8                                                R. MATTHEW WISE
                                                 Supervising Deputy Attorney General
9

10                                               */s/ Robert William Setrakian*

11
                                                 WILL SETRAKIAN
12                                               Deputy Attorney General
                                                 *Attorneys for Attorney General Rob Bonta*
13
    SA2025300062
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:    **Exxon Mobil v. Bonta**        Case No.    **1:25-cv-00011-MJT**

_____        _____

I hereby certify that on <u>February 18, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF INTERLOCUTORY APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>February 18, 2026</u>, at Los Angeles, California.

_____        _____
Linda Zamora                                    Signature
Declarant

SA2025300062