**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **EXXON MOBIL CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ROBERT ANDRES BONTA A.K.A. ROB BONTA, IN HIS INDIVIDUAL CAPACITY; SIERRA CLUB, INC.; SURFRIDER FOUNDATION, INC.; HEAL THE BAY, INC.; BAYKEEPER, INC.; AND INTERGENERATIONAL ENVIRONMENT JUSTICE FUND LTD.** | § § § § § § § | **Case No. 1:25-cv-00011-MJT** |
| | § | |
| **Defendants.** | § | |

**DEFENDANT SIERRA CLUB'S REQUEST FOR ORAL HEARING ON MOTION FOR ENTRY OF FINAL JUDGMENT**

Defendant Sierra Club, Inc. ("Sierra Club") respectfully requests that, pursuant to Eastern District of Texas Local Rule CV-7(g), the Court set a date for an oral hearing on Sierra Club's Motion for Entry of Final Judgment filed on March 17, 2026 (Dkt. No. 135). The motion is fully briefed (Dkt. Nos. 136 and 137), and Sierra Club respectfully submits that oral argument could be helpful to the Court. A proposed order is being submitted with this request for oral hearing.

Dated: May 19, 2026

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

/s/ *Scott E. Gant*
SCOTT E. GANT (appearing pro hac vice)
D.C. Bar No. 455392
sgant@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 895-7566
Facsimile: (202) 237-6131

*Attorney for Sierra Club, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*s/ Scott E. Gant*

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have complied with the meet and confer requirement in EDTX Local Rule CV-7(h). Plaintiff ExxonMobil informed Defendant Sierra Club that it takes no position on Sierra Club's request for an oral hearing. The personal conference required by Local Rule CV-7(h) occurred by email on May 19, 2026. The participants were Scott Gant from Boies Schiller Flexner LLP and Michael Cash from Liskow & Lewis, APLC.

*s/ Scott E. Gant*