**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **EXXON MOBIL CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ROBERT ANDRES BONTA A.K.A.** | § | |
| **ROB BONTA, IN HIS INDIVIDUAL** | § | **Case No. 1:25-cv-00011-MJT** |
| **CAPACITY; SIERRA CLUB, INC.;** | § | |
| **SURFRIDER FOUNDATION, INC.;** | § | |
| **HEAL THE BAY, INC.; BAYKEEPER,** | § | |
| **INC.; AND INTERGENERATIONAL** | § | |
| **ENVIRONMENT JUSTICE FUND LTD.** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANT SIERRA CLUB'S REQUEST FOR ORAL ARGUMENT AND SETTING HEARING**

Having considered Defendant Sierra Club, Inc.'s Request for Oral Hearing on Motion for Entry of Final Judgment, the Court is of the opinion that the request should be **GRANTED.**

Accordingly, the Court will hold a hearing to consider Sierra Club's pending Motion for Entry of Final Judgment (Dkt. No. 135). The hearing is set for ____________, 2026, at _________. The hearing will be held at the Jack Brooks United States Courthouse, 300 Willow Street, Beaumont, TX, 77701.